AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>RASHIM JOHNSON<br>DOB: xx/xx/xxxx-PDID: xxx-xxx<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:25-mj-00160
Assigned To: Judge Upadhyaya. Moxila A.
Assign. Date: 8/22/2025
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____August 10, 2025____ in the county of _____ in the _____ District of ____Columbia____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brandon R Twentymon, Special Agent, (ATF) (TFO)
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by Telephone (specify reliable electronic means).

Date: ____08/22/2025____

_____
*Judge's signature*

City and state: ____Washington, DC____

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*