**STATEMENT OF FACTS**

On Sunday, August 10, 2025, at approximately 0013 hours, Metro Transit Police Department ("MTPD") units assigned to the United States Park Police ("USPP") Presidential Executive Order Task Force were patrolling in an unmarked patrol cruiser near the 4800 Block of Sherrif Road NE, Washington DC 20019.

Officers observed 10 to 15 individuals loitering in the middle of the street. Officers stopped and exited their vehicles while wearing outer tactical vests bearing Metro Transit Police Department identification. An individual, later identified as Rashim Johnson (thereinafter "JOHNSON") by his Maryland Driver's License number, began to flee in the opposite direction of officers.

Metro Transit Police Sergeant Kenneth Bryant observed JOHNSON flee on foot from the area westbound onto Kane Place NE along the north side of the street. As JOHNSON was running, Sergeant Bryant observed JOHNSON take a black object from his waistband and toss it over a chain-link fence bordering the property of 1010 48th Street NE. There were no persons on the property when JOHNSON threw the object.



*Figure 1 - Google Maps image of 1010 48th Street NE, with the red circle showing the area where the firearm was subsequently recovered*

JOHSON continued fleeing after throwing the object, running across Kane Place NE.

Sgt. Bryant drew his department-issued firearm and ordered JOHNSON to the ground. JOHNSON complied with this order, and was detained by other officers in front of 4703 Kane Place NE.

Immediately after JOHNSON was stopped, Sergeant Bryant returned to the property where he observed JOHNSON throw the black object. Sergeant Bryant entered the property and found a nine-millimeter Glock 19 handgun with an obliterated serial number. There was nothing else in that area consistent with the object that Sgt. Bryant saw leaving JOHNSON's hand.



*Figure 2 - Overhead map showing the locations where the firearm was recovered (red circle) and where JOHNSON was detained (yellow circle)*

The weapon was equipped with an extended magazine loaded with 31 rounds and one round in the chamber.

 

*Figure 3 - Photograph taken by Sergeant Bryant at the location where the firearm was found (left) and a subsequent photograph showing the firearm, the round in the chamber, and a fully loaded 31-round magazine (right).*

A police records check determined that JOHNSON does not have a license to carry a pistol in the District of Columbia and that JOHNSON does not have the pistol registered in the District of Columbia as required by law.

The defendant was placed in handcuffs without further incident. Search incident to arrest revealed the defendant to be in possession of methamphetamine located in his right pants pocket. (53.5 pills) At approximately 0320 hours, MTPD Crime Scene Search ("CSS") Officer D. Chase conducted a field test on the recovered pills. The test yielded a presumptive positive result indicating the presence of methamphetamine.

JOHNSON has a prior conviction in Prince George's County Maryland in Case Number CT191128X for Possession of a Firearm by a Person with a Previous Felony Conviction and Possession with Intent to Distribute a Controlled Substance. Both offenses are punishable by more than one year of imprisonment. JOHSON received a sentence of 15 years, execution of sentence suspended as to all but five (5) years as to the first count, and 20 years, execution of sentence suspended as to all but five (5) years as to the second count, with the sentences to run concurrently. Accordingly, JOHNSON would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, there is probable cause to believe that the firearm and ammunition described above traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge RASHIM JOHNSON with a violation of 18 U.S.C. § 922(g)(1) (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**).



_____
Det. Brandon Twentymon
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on August 22, 2025.

_____
The Honorable Moxila A. Upadhyaya
United States Magistrate Judge